**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
In The Court of Appeals

The State, Respondent,

v.

Kawasi Lafrance Dingle, Appellant.

Appellate Case No. 2025-000248

———————

Appeal From Horry County
Michael G. Nettles, Circuit Court Judge

———————

Unpublished Opinion No. 2026-UP-141
Submitted March 19, 2026 – Filed March 25, 2026

———————

**APPEAL DISMISSED**

———————

Appellate Defender Gary Howard Johnson, II, of Columbia, and Kawasi Lafrance Dingle, pro se, both for Appellant.

Attorney General Alan McCrory Wilson and Senior Assistant Deputy Attorney General Mark Reynolds Farthing, both of Columbia, for Respondent.

———————

**PER CURIAM:**  Dismissed after consideration of Appellant's pro se brief and review pursuant to *Anders v. California*, 386 U.S. 738 (1967).  Counsel's motion to be relieved is granted.

**APPEAL DISMISSED.**[1]

**WILLIAMS, C.J., and KONDUROS and VINSON, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.